BROWNLEE *et al. v.* ABBOTT.

LUMPKIN, P. J. This being an action of trover against three defendants, upon the trial of which there was a verdict against all, and there being, certainly as to one of them, no evidence to support the jury's finding, a new trial should have been granted.
                    *Judgment reversed.. All the Justices concurring.*

Argued March 24, — Decided April 20, 1899.

Trover. Before Judge Fite. Gordon superior court. February term, 1898.

*J. C. Harkins* and *R. J. & J. McCamy*, for plaintiffs in error.
*Starr & Erwin* and *F. A. Cantrell*, contra.

---

VOCKE *v.* SEIDELL.

COBB, J. This case is controlled by the principle announced in *Clayton* v. *Stetson*, 101 *Ga.* 634; and it follows that the court did not err in sustaining the demurrer to the petition, the same being based on the ground that the court was without jurisdiction, because the petition alleged that the sole defendant was a non-resident of the county in which the action was brought.                    *Judgment affirmed. All the Justices concurring.*

Submitted March 21, — Decided April 21, 1899.

Equitable petition. Before Judge Reese. Hart superior court. March term, 1898.

*W. L. Hodges* and *W. A. Wade*, for plaintiffs in error.
*Asbury G. McCurry* and *W. I. Heyward*, contra.